

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of K.G.
and A.K., children,

No. 11-19-00066-CV

\* From the 220th District Court
  of Comanche County
  Trial Court No. FM17917.

\* August 8, 2019

 \* Memorandum Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.